**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**MARLON WESLEY MCNEILL,**

**Petitioner,**

**v.** **Case No. 4:26-cv-377-AW-MJF**

**STATE OF FLORIDA,**

**Respondent.**

_________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Petitioner initiated this § 2254 action without paying the filing fee or moving for leave to proceed *in forma pauperis*. The magistrate judge ordered him to do one or the other. He eventually filed two *in forma pauperis* motions, but neither was compliant because neither included a statement of Petitioner's inmate trust account. The magistrate judge recommends dismissal for failure to comply with court orders and failure to pay the filing fee. ECF No. 15.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. In his objections (ECF No. 16), Petitioner says he really did submit his trust-account statement, but it was not attached to his filings. The objections are overruled.

The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on October 30, 2026.

s/ *Allen Winsor*
Chief United States District Judge